# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY GRACE MARIE MARAGLINO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. ESPINOSA, et al.,<br><br>　　　　Defendants. | **1:20-cv-00825-AWI-GSA-PC**<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL**<br><br>**(ECF No. 19.)**<br><br>**ORDER DISMISSING CASE, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM**<br><br>**(ECF No. 18.)**<br><br>**ORDER FOR CLERK TO ENTER JUDGMENT AND CLOSE CASE** |

　　Dorothy Grace Marie Maraglino ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　On November 21, 2022, findings and recommendations were issued, recommending that this case be dismissed, with prejudice, for failure to state a claim.  (ECF No. 19.)  On December 8, 2022, Plaintiff filed objections to the findings and recommendations.  (ECF No. 20.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Findings and Recommendations issued by the Magistrate Judge on November 21, 2022 are ADOPTED IN FULL;
2. This case is DISMISSED, with prejudice, for failure to state a claim upon which relief may be granted; and
3. The Clerk is directed to enter judgment and CLOSE this case.

IT IS SO ORDERED.

Dated: __April 7, 2023__                               _____
                                                                       SENIOR DISTRICT JUDGE